IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO A. PEREZ, JR., | No. C 10-5559 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| SUPERIOR COURT OF MONTEREY COUNTY, et al., | |
| Respondents. | |

Petitioner, a California state prisoner proceeding *pro se*, filed a federal writ of mandamus. On December 7, 2010, the Court sent a notification to Petitioner, informing him that he did not file a completed in forma pauperis application, nor had he paid the required filing fee. The Court provided a copy of the prisoner in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from Petitioner. As Petitioner has not filed a completed prisoner in forma pauperis application nor paid the filing fee, this case is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   1/13/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\HC.10\Perez559disifp.wpd