IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO A. PEREZ, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SUPERIOR COURT OF MONTEREY ) <br> COUNTY, et al., ) <br> ) <br> Respondents. ) <br> ) | No. C 10-5559 LHK (PR) <br><br> JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  1/13/11

_____
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\HC.10\Perez559jud.wpd